MINUTE ENTRY
MENTZ, J.
JUNE 7, 2000

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUN 7 2000

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHET MORRISON CONTRACTORS, INC.        CIVIL ACTION

VERSUS                                  NO: 00-0160

CAPTAIN J B RAWLS MV, ET AL             SECT: "I"

Due to the unavailability of the Court, the preliminary conference scheduled for Tuesday, June 6, 2000 has been rescheduled for Tuesday, June 27, 2000, at 2:15PM. The telephone conference will be initiated by Cecil J. Murphy Jr., Courtroom Deputy (589-7695).

HENRY A. MENTZ, JR.
UNITED STATES DISTRICT JUDGE

ISSUED FOR THE COURT BY:

_____
CECIL J. MURPHY JR.
COURTROOM DEPUTY

DATE OF ENTRY
JUN - 8 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.