

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHET MORRISON CONTRACTORS, INC.                CIVIL ACTION

VERSUS                                          NO. 00-160

M/V CAPTAIN J. B. RAWLS ET AL.                  SECTION "I" (2)


     **IT IS ORDERED** that a **Settlement Conference** is set in this case on **November 2, 2000 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

     Counsel for all parties are instructed to submit their respective settlement position letters on or before **November 1, 2000**, for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.

     New Orleans, Louisiana, this _5th_ day of October, 2000.

                                        JOSEPH C. WILKINSON, JR.
                                    UNITED STATES MAGISTRATE JUDGE

cc: HON. HENRY A. MENTZ, JR.

DATE OF ENTRY
OCT 6 2000