FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -7 PM 2:08

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHET MORRISON CONTRACTORS, INC. | * | CIVIL ACTION NO: 00-0160 |
| | * | |
| versus | * | SEC. "I"(2) |
| | * | |
| M/V CAPTAIN J. B. RAWLS, the | * | JUDGE HENRY MENTZ |
| BARGE C. T. 2403, the BARGE C. T. 2603, | * | |
| the BARGE 1B1806, their engines, boilers, | * | MAG. JUDGE WILKINSON |
| tackle, furniture, apparel, appurtenances, | * | |
| etc., *in rem*, COASTAL TOWING, INC., | * | |
| *in personam*, and TIG INSURANCE COMPANY | * | |
| *in personam* | * | |

******************************************

## MOTION TO EXTEND EXPERT
## DEADLINES THIRTY DAYS

**NOW INTO COURT**, through undersigned counsel, comes Chet Morrison Contractors, Inc., and respectfully moves this Court to extend the deadline for exchange of expert reports for thirty days. Opposing counsel has been contacted and he has no objection to

DATE OF ENTRY
NOV 1 3 2000

Fee_____
Process___
X Dktd____
CtRmDep___
Doc.No. 7

this extension. This extension will not affect the trial date in this matter.

    Respectfully submitted,

    REICH, MEEKS & TREADAWAY, L.L.C.

    _____
    ROBERT S. REICH, T.A., #11163
    3850 N. Causeway Blvd., Suite 1000
    Metairie, LA 70002
    Telephone: (504) 830-3999
    *Attorneys for Chet Morrison General Contractors, Inc., d/b/a Chet Morrison Contractors, Inc.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel to these proceedings either by facsimile transmission, hand delivery or by placing a copy of same in the United States Mail postage affixed and properly addressed this 6 day of November 2000.

_____

2

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHET MORRISON CONTRACTORS, INC. | * | CIVIL ACTION NO: 00-0160 |
| | * | |
| versus | * | SEC. "I"(2) |
| | * | |
| M/V CAPTAIN J. B. RAWLS, the | * | JUDGE HENRY MENTZ |
| BARGE C. T. 2403, the BARGE C. T. 2603, | * | |
| the BARGE 1B1806, their engines, boilers, | * | MAG. JUDGE WILKINSON |
| tackle, furniture, apparel, appurtenances, | * | |
| etc., *in rem*, COASTAL TOWING, INC., | * | |
| *in personam*, and TIG INSURANCE COMPANY | * | |
| *in personam* | * | |

*********************************************

## ORDER

Considering the above and foregoing Motion;

**IT IS HEREBY ORDERED** that the plaintiff's deadline for exchange of expert reports be and the same is hereby extended to December 10, 2000. Defendants' deadline for exchange of expert reports is extended from December 8, 2000 to January 8, 2001.

This extension will not affect the trial date in this matter.

NEW ORLEANS, LOUISIANA this _8th_ day of _NOV_, 2000.

_____
UNITED STATES DISTRICT JUDGE