```
                FILED
          U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

          2000 DEC 21  AM 11: 53

              LORETTA G. WHYTE
                   CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHET MORRISON CONTRACTORS | * | CIVIL ACTION |
| VERSUS | * | NO: 00-160 |
| CAPTAIN J B RAWLS, MV, ET AL | * | SECTION: I("D")(2) |

### ORDER OF DISMISSAL

The court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement;

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. With the consent of the parties, the court retains jurisdiction over the settlement agreement for enforcement purposes.

```
DATE OF ENTRY
 DEC 2 2 2000
```

Doc.No. 10

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR. New Orleans, Louisiana, this _21_ day of December, 2000.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　A. J. McNAMARA
　　　　　　　　　　　　　　　　　　　CHIEF JUDGE