FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -5 PM 2: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHET MORRISON CONTRACTORS, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 00-0160 |
| | * | |
| M/V CAPTAIN J.B. RAWLS, the BARGE | * | SECTION: "D" / "D" |
| C.T. 2403, the BARGE C.T. 2603, the BARGE | * | |
| IB1806, their engines, boilers, tackle, furniture, | * | MAG.: (2) |
| apparel, appurtrenances, etc., *in rem*, COASTAL | * | |
| TOWING, INC., *in personam*, and TIG | * | |
| INSURANCE COMPANY *in personam* | * | |

* * * * * * * * * * * * * * *

### MOTION TO DISMISS

On motion of the parties herein, through their undersigned attorneys, it is suggested to the Court that all of the matters which are the subject of the Verified Complaint herein have been fully settled, satisfied and compromised and, accordingly, that same should be dismissed with prejudice, as of compromise, with each party bearing its own costs.

Respectfully submitted,

DATE OF ENTRY
JAN 8 - 2001

_____
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
GARY A. ROBINSON (#27061)
HARRIS & RUFTY, L.L.C.
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
Telephone: (504) 525-7500
Attorneys for Coastal Towing, Inc. and
TIG Insurance Company

___Fee_____
___Process__
_X_Dktd_____
___CtRmDep__
Doc.No._11__

_____
ROBERT S. REICH (# 11163)
Reich, Meeks, Treadaway
3850 N. Causeway Blvd., Suite 1830
Metairie, Louisiana 70002
Telephone: (504) 830-3999
Attorney for Chet Morrison Contractors, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ___2___ day of January, 2001.

_____
RUFUS C. HARRIS, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHET MORRISON CONTRACTORS, INC. * | | CIVIL ACTION |
| * | | |
| VERSUS * | | NO.: 00-0160 |
| * | | |
| M/V CAPTAIN J.B. RAWLS, the BARGE * | | SECTION: "F" D |
| C.T. 2403, the BARGE C.T. 2603, the BARGE * | | |
| IB1806, their engines, boilers, tackle, furniture, * | | MAG.: (2) |
| apparel, appurtrenances, etc., *in rem*, COASTAL* | | |
| TOWING, INC., *in personam*, and TIG * | | |
| INSURANCE COMPANY *in personam* * | | |
| * * * * * * * * * * * * * * ** | | |

## ORDER

IT IS ORDERED that the Verified Complaint herein be, and the same is hereby dismissed, with prejudice, as of compromise, with each party bearing its own costs.

New Orleans, Louisiana, this _____8_____ day of January, 2001.

_____
**JUDGE**